No. 56700.—Bendix Chemical Corp. et al. v. United States, protests 152394–K, etc. (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of cornmint oil the same in all material respects as that the subject of *A. Maschmeijer, Jr., Inc.* v. *United States* (39 C. C. P. A. 139, C. A. D. 476), the claim of the plaintiffs was sustained.

No. 56701.—Stalker Manufacturing Co., Inc. v. United States, protest 180529–K (New York).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of parts of saddles, which saddles are in part of pigskin and valued at more than $40 each, similar in all material respects to those the subject of Abstract 54419, the claim of the plaintiff was sustained.

No. 56702.—R. J. Saunders & Co., Inc. v. United States, protest 179608–K (New York).

Opinion by MOLLISON, J.   From an examination of the papers the court was unable to find any evidence sufficient to overcome the action of the collector, which was presumptively correct.   The protest was therefore overruled.

BEFORE THE SECOND DIVISION, MAY 20, 1952

No. 56703.—E. F. Stanton and Overseas Trading Co. v. United States, protests 120017–K and 124405–K (Los Angeles).

Opinion by LAWRENCE, J.   The protests were dismissed.

No. 56704.—The A. W. Fenton Co., Inc., et al. v. United States, protests 152670–K, etc. (Cleveland).

Opinion by LAWRENCE, J.   The protests were dismissed.

No. 56705.—Harvey Brooks Coordinations, Inc., and Sterling Factors Company v. United States, protests 144843–K and 145885–K (New York).

Opinion by FORD, J.   The protests were dismissed.

No. 56706.—Liberty Fabrics of N. Y., Inc., et al. v. United States, protests 180747–K, etc. (New York).

Opinion by FORD, J.   The protests were dismissed.